# COMMONWEALTH COURT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| Comm. of PA, ex rel. Grill v. Abrams .................... | 1051CD16 | 11/01/2016 | Greene County 75 A.D. 2015 | Quashed |
| City of Philadelphia v. Williams | 624CD15 | 11/02/2016 | Philadelphia County 1312T0360 | Remanded |
| Seedjam, Inc. v. The Philadelphia Parking Authority ....... | 2233CD15 | 11/14/2016 | Philadelphia County February Term, 2015 No. 00235 | Affirmed |
| Capital Taxi, LLC v. The Philadelphia Parking Authority .... | 2234CD15 | 11/14/2016 | Philadelphia County January Term, 2015 No. 02130 | Affirmed |
| Hoover v. Stine ................ | 532CD16 | 11/15/2016 | Franklin County 2013–4467 | Affirmed |
| Stief v. Glunt .................. | 477CD16 | 11/18/2016 | Centre County 2014–3407 | Affirmed |
| Ebbert v. Upper Saucon Township Zoning Board ........... | 347CD16 | 11/21/2016 | Lehigh County 2015–C–3372 | Reversed and Remanded |
| Bellamy v. Comm. of PA ........ | 14CD16 | 11/21/2016 | Bucks County 2014–04012 | Affirmed |
| Jordan v. Wingard ............. | 496CD16 | 11/21/2016 | Montgomery County 2015–01106 | Affirmed |
| Butler v. Comm. of PA ......... | 2533CD15 | 11/21/2016 | York County 2014–SU–2652–27 2014–SU–2797–27 2014–SU–3161–27 2014–SU–3235–27 2014–SU–3413–27 2014–SU–3699–27 2014–SU–4112–27 2014–SU–3236–27 | Vacated and Remanded |

| | | | 2014–SU–3432–27 | |
| | | | 2014–SU–0199–27 | |
| | | | 2014–SU–3192–27 | |
| | | | 2014–SU–2758–27 | |
| | | | 2014–SU–3891–27 | |
| | | | 2014–SU–3096–27 | |
| Kimberton Fire Company v. Chester County Board of Assessment Appeals ............ | 166 CD 16, 167 CD 16 | 11/23/2016 | Chester County 13–12073 13–12078 | Affirmed |
| Cook v. City of Philadelphia ..... | 2304CD15 | 11/28/2016 | Philadelphia County April Term, 2012 No. 4474 | Affirmed |
| Comm. of PA, ex rel. Bozic v. Superintendent, Gilmore ..... | 2760CD15 | 11/29/2016 | Greene County AD–180–2015 | Quashed |
| Application of VRAJ, Inc. v. Pennsylvania Liquor Control Board ...................... | 2592CD15 | 11/30/2016 | Northampton County 2013–6800 | Reversed |
| Condemnation of Fee Simple, In re ......................... | 2459CD15 | 11/30/2016 | Berks County 14–20542 | Affirmed, Reversed and Remanded |
| Rogers v. City of Philadelphia ... | 2678CD15 | 11/30/2016 | Philadelphia County December Term, 2013 No. 1349 | Affirmed |